995

**Anthony ANTUSAK v. F. G. ZERBST, Warden.**

No. 829.

Circuit Court of Appeals, Tenth Circuit.
March 20, 1933.

Wendell L. Garlinghouse, of Topeka, Kan., for appellant.

S. M. Brewster, U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.
Appeal dismissed for want of merit.

---

**Sara L. ARONHIME, Executrix of Estate of Morris F. Aronhime, Deceased, v. Ben S. WASHER, Trustee for Herald-Post Company, Bankrupt.**

No. 6375.

Circuit Court of Appeals, Sixth Circuit.
Jan. 10, 1933.

Joseph Solinger, of Louisville, Ky., for appellant.

D. A. Sachs, Jr., of Louisville, Ky., for appellee.

PER CURIAM.
Docketed and dismissed for failure to comply with Rule 18.

---

**ARUNDEL CORPORATION, Appellee, v. CONNERS MARINE COMPANY, Inc., Appellant.**

No. 116.

Circuit Court of Appeals, Second Circuit.
March 6, 1933.

William F. Purdy, of New York City (Edmund F. Lamb, of New York City, of counsel), for appellant.

Foley & Martin, of New York City (James A. Martin, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Decree affirmed.

---

**THE Motor Vessel BESSEMER, Atlantic Refining Company, Claimant, and Atlantic Refining Company, Appellant, v. UNITED STATES, Owner of THE Dredge MANHATTAN, Appellee.**

No. 4965.

Circuit Court of Appeals, Third Circuit.
March 10, 1933.

Lewis, Adler & Laws, of Philadelphia, Pa. (Otto Wolff, Jr., of Philadelphia, Pa., of counsel), for appellant.

Edward W. Wells, U. S. Atty., of Philadelphia, Pa., and J. Frank Staley, of Washington, D. C., for appellee.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.
We have carefully studied the record, and the briefs of the able and experienced proctors for the appellant and the appellee. We have with equal care studied the findings of fact and conclusions of law of the learned judge who tried the cause in the court below. Discovering no error either in his findings of fact or conclusions of law, with which we are in entire accord, the decree (3 F. Supp. 75) is affirmed upon his full and satisfactory opinion.